DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLES K. CULM,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2626

[March 17, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 502013CF012474.

Brett D. McIntosh and Kevin M. Griffith of Brett D. McIntosh, P.A., Sarasota, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., KLINGENSMITH and KUNTZ, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***